Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
### for the

Northern District of Texas

Dallas Division

**FILED**
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

OCT 1 3 2021

CLERK, U.S. DISTRICT COURT
By _____
Deputy

Case No. **3-21CV2525-D**

*(to be filled in by the Clerk's Office)*

Shermaine Laster

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Judge Jane Boyle, AUSA Melanie Smith, FBI, Limestone county Detention, Ken Paxton, US Marshals

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ☒ Yes ☐ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name   Shermaine Laster

Address   910 N Tyus Street

     Groesbeck, TX  76642
       *City*   *State*  *Zip Code*

County   Limestone

Telephone Number 254 - 729 - 2674

E-Mail Address

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name   Jane Boyle

Job or Title *(if known)* Judge (District Court)

Address   1100 Commerce Street

     Dallas   TX  75242
      *City*   *State*  *Zip Code*

County   Dallas

Telephone Number

E-Mail Address *(if known)*

☒ Individual capacity  ☐ Official capacity

Defendant No. 2

Name   Melanie Smith, Ken Paxton (Attorney General)

Job or Title *(if known)* Assistant United States Attorney

Address   1100 Commerce Street

     Dallas   TX  75242
      *City*   *State*  *Zip Code*

County   Dallas

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name Limestone County Detention center

Job or Title *(if known)* Holding Center

Address 910, N Tylus Street

Groesbeck          TX          76642
*City*          *State*          *Zip Code*

County Limestone

Telephone Number 254- 729- 2674

E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

Defendant No. 4

Name Federal Bureau of investigation

Job or Title *(if known)* Federal Government Agency.

Address

          *City*          *State*          *Zip Code*

County

Telephone Number 972-559-5000

E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

None by local or State officials

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? The Violation under guise of regulating interstate commerce, The District Court does not have power to "punish".

Page 3 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attached page for my findings.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur? In the Northern District of Texas An Federal Arrest warrant for Allege Crime of possession of a weapon by Felon for going to a gun range, The Alleged crime did not happen on Federal grounds And The Federal Government does not have power to "punish" And The Federal government Are Acting on Powers thats not Delagated, And No Jurisdiction As well. I have

B.    What date and approximate time did the events giving rise to your claim(s) occur? CASE Law and X Amendment to see.

This occured on june 25, 2021

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was illegally put in custody on June 25, 2021 And I have been detained Since June 25 2021, My heath As decreased, The FBI, The Magistrate Judge in Texas Renee Toliver, District Judge Jane J Boyle, Asst United States Attorney Melanie Smith, The government has NO Territorial - Jurisdiction, nor power to "Punish" the government can not operate on Powers that is NOT Delated to congress by the United States Constitution see the tenth Amendment, The Federal Government has been convicting, indicting, Soley off "Commerce Clause" which is A violation to Our Constitution under The Gruise of Regulating Insterstate commerce,

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have uncontrollable Hypertention, And since I been incarcerated I have not been receiving my medicine on time or sometimes not at all, which is causing my health to decrease. The conditions im currently in Are very dangerous, Their Are more detainees that Are testing positive for the Covid-Virus And you have Unvacinenated Officers here who Are placing Myself and people like me in grave risk of contracting Covid And worst.
(Also note that limestone County Detention does NOT provide the proper cleaning Solutions to keep the holding cells and Areas clean, And when Asked About it the reply is "I don't care".

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I Am Seeking 5 Million Dollars in Damages, emotional distress, And All ($5,000,000) Charges dropped or sent to civil court, And removed out of "commerce Court".

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff       Shermaine Laster

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

Ashley Dynae Sanchez
My Commission Expires
03/11/2024
ID No. 132400061

Page 6 of 6

Judge Jane Boyle, Asst. United States Attorney Melanie Smith, Ken Paxton, FBI Swoon under Oath to protect And Serve the Constitution of the United States, And The Defendants have Been Fraudulenty Assuming And Exercising A Jurisdiction over Shermaine Laster by Arresting And indicting, And detained, under the "Commerce Clause" which is A violation to our Constitution under the guise of Regulating Interstate Commerce. The Place where the offense is Alleged to have Occured, For the past 3 months and counting, that does not Exist or Exceeds Beyond limited Power/Authority to exercise. My Freedom Has been taken away, And I'm Forced Beyond the powers of Their Authonty,

The complaint/infomation or indictment Fails to charge An offense Against the laws of the United States Because No Jurisdiction has Been ceded or Accepted over The place where the Criminal Activity/offense is ALLEGED to have Occurred.

I have stated theses Facts because of the Actions taken, The Above Mentioned defendants are Aware that it is A violation And because of their Actions my health has decreased And my freedom

has been taken away and my due process has been violated under the Fifth Amendment.

Limestone County Detention Center has drived me of Medication, by not consistently furnishing me with my pressure pills (uncontrolable Hypertension.) NO Counselor, no consistent water to drink (cold) Mail are not going out to courts and family Members on a timely Manner, unprofessional Conduct, and my rights are being violated under the Constitution for prisoners, racism and treating me like an Animal, living under theses conditions of Covid-19 in the jail and not given any ~~disenfect~~ Cleaning Solutions.

Respectfully Submitted

Shermaine Laster



PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL LEGAL
SIZE POSTAGE REQUIRED

FROM: Lime Stone County Detention Center
Shermaine Laster # 52285509
910 N. Tyus Street
Groesbeck, TX 76642    #38

TO: Northern District of Texas
District Court
Court Clerk Room 1452
1100 Commerce Street
Dallas, TX 75242



Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES
POSTAL SERVICE.

# PRIORITY
## ★ MAIL ★

TRACKED*
★ ★ ★
INSURED*
★

## FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*



PS00001000060

Legal Flat Rate Envelope
EP14L February 2014
OD: 15 x 9.5

NC



UNITED STATES
POSTAL SERVICE®

＊ Domestic only.    ✕ For International shipments, the maximum weight is 4 lbs.