# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| SHERMAINE LASTER, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:21-cv-02525-D (BT) |
| | § | |
| | § | |
| JANE J BOYLE, et al., | § | |
| Defendants. | § | |

## NOTICE OF DEFICIENCY AND ORDER

Upon review of the papers and pleadings filed in the above styled and numbered cause, the following deficiencies appear:

☐ Complaint is not in compliance with Federal Rule of Civil Procedure 8(a).

☐ Signature of the attorney of record or each party proceeding *pro se* is required on each pleading, motion or other paper filed by that party. (See Federal Rule of Civil Procedure 11). Plaintiff(s) must submit a new and properly signed: ☐ complaint. ☐ request to proceed *in forma pauperis*.

☒ The $402 fee has not been paid nor has a proper request to proceed *in forma pauperis* been submitted.[1]

☒ A request to proceed *in forma pauperis* must include a certified statement of the balance in plaintiff's inmate trust account for the six-month period preceding the filing of the complaint. See 28 U.S.C § 1915(a)(2).

☐ Civil rights pleadings are not filed on the appropriate form.

---

[1]As of December 1, 2020, a $52 administrative fee will be assessed in addition to the $350 filing fee, resulting in a total filing fee of $402 for a civil action in which the plaintiff has not sought or been granted leave to proceed *in forma pauperis*. *See* District Court Miscellaneous Fee Schedule. Where a prisoner plaintiff has been granted leave to proceed *in forma pauperis*, only the $350 filing fee will be deducted from the prisoner's account. *See id.* The $52 administrative fee will not be deducted. *Id.*

**The Clerk of the Court shall take the following indicated action**:

☒    A true copy of this order shall be mailed to each plaintiff or his/her attorney of record.  No further process shall issue except upon order of the Court.

☒    A form application to proceed *in forma pauperis* shall be mailed to each plaintiff.

☐    A copy of Federal Rule of Civil Procedure 8 shall be mailed to plaintiff.

☐    A form complaint shall be mailed to plaintiff.

It is hereby **ORDERED** that plaintiff shall cure each deficiency by November 22, 2021.  Failure to comply with this order will result in a recommendation that the complaint be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SIGNED October 21, 2021.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

2