# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SHERMAINE LASTER, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:21-cv-02525-D (BT) |
| | § | |
| | § | |
| JANE J BOYLE, et al., | § | |
| Defendants. | § | |

## FILING FEE ORDER

Came on for consideration plaintiff's Motion for Leave to Proceed *in forma pauperis*. The Prison Litigation Reform Act of 1995 ("PLRA") requires prisoners seeking to bring civil actions to pay an initial partial filing fee.  The PLRA further requires prisoners thereafter to pay the remainder of the $350.00 filing fee.

The Court, having considered plaintiff's motion in light of the PLRA, hereby **ORDERS** as follows:

1. Plaintiff is **GRANTED** leave to proceed pursuant to 28 U.S.C. § 1915.

2. The agency having custody of plaintiff shall, when funds exist in plaintiff's inmate trust account or institutional equivalent, forward to the Court an initial partial filing fee of $0.

3. Plaintiff shall pay $350.00, the balance of the filing fee, in monthly installments as provided in 28 U.S.C. § 1915(b)(1).  After payment of the initial partial filing fee, if any, the agency having custody of plaintiff shall deduct 20% of each deposit made to plaintiff's inmate trust account and forward payments to the Court on a regular basis provided the account exceeds $10.00.

4. Service of process shall be withheld pending judicial screening pursuant to 28 U.S.C. § 1915(e)(2) and/or 28 U.S.C. § 1915A.

5.     No amendments or supplements to the complaint shall be filed without prior Court approval.  A complete amended complaint shall be attached to any motion to amend.

6.     All discovery in this case is stayed until defendants are ordered to answer by the Court.

7.     No motions for appointment of counsel shall be filed until the Court has completed its screening pursuant to 28 U.S.C. § 1915(e)(2), which may include a hearing pursuant to *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985), the issuance of a questionnaire pursuant to *Watson v. Ault*, 525 F.2d 886 (5th Cir. 1976), or such other proceedings as deemed appropriate by the Court.

8.     Plaintiff shall notify the Court of any change of address by filing a written Notice of Change of Address with the Clerk.  Failure to file such notice may result in this case being dismissed for want of prosecution.

9.     The Clerk shall send a copy of this Order to the inmate accounting office or other person(s) or entity with responsibility for assessing, collecting, and remitting to the Court the filing fee payments on behalf of inmates, as designated by the facility in which plaintiff is confined.

SIGNED November 23, 2021.

REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

2